IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. CHANEY AND
CAROLYN R. CHANEY                                              PLAINTIFFS

V.                              NO: 4:06CV00040

HERTZ EQUIPMENT RENTAL CORPORATION                  DEFENDANT

## ORDER

Pending are the Plaintiffs' motions for Order of Reviver and to Name Special Administrator and for Substitution of Party. (Docket #'s 28 and 32). For good cause shown, and in the interest of justice, the motion for substitution of party is granted. The Clerk of the Court is directed to substitute Carolyn Chaney, as Special Administratrix of the Estate of James Chaney on behalf of decedent James Chaney. Plaintiff's motion for Order of Reviver is denied as moot.

IT IS SO ORDERED this 29th day of February, 2008.

James M. Moody
United States District Judge