### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN R. CHANEY                                                                                              PLAINTIFF

GUARANTEE INSURANCE COMPANY                                            INTERVENOR PLAINTIFF

vs.                                          CASE NO. 4:06cv00040 JMM

HERTZ EQUIPMENT RENTAL CORPORATION                                              DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled August 4, 2008, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within sixty (60) days of the date of this order.

IT IS SO ORDERED this 28th day of July, 2008.

_James M. Moody_
UNITED STATES DISTRICT JUDGE